**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ANTHONY VASSALLO, III,

Defendant - Appellant.

No. 13-10372

D.C. No. 2:09-cr-00179-GEB

MEMORANDUM*

Appeal from the United States District Court
for the Eastern District of California
Garland E. Burrell, Jr., District Judge, Presiding

Submitted February 17, 2015**

Before:    O'SCANNLAIN, LEAVY, and FERNANDEZ, Circuit Judges.

Anthony Vassallo, III, appeals from the district court's judgment and challenges his guilty-plea conviction and 192-month sentence for wire fraud, in violation of 18 U.S.C. § 1343. Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Vassallo's counsel has filed a brief stating that there are no grounds for

---

\*       This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

relief, along with a motion to withdraw as counsel of record. We have provided Vassallo the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Vassallo has waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**